# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Diego Fernando Moir Estrada,<br><br>Plaintiff,<br><br>v.<br><br>Laxhmi Transport Incorporated, et al.,<br><br>Defendants. | NO. CV-23-01492-PHX-JAT<br><br>**JUDGMENT OF DISMISSAL IN A CIVIL CASE** |

**Decision by Court.**  This action came for consideration before the Court.  The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that pursuant to the Court's Order filed November 14, 2023, judgment of dismissal is entered for failure to serve and lack of federal subject matter jurisdiction. Plaintiff to take nothing, and the complaint and action are dismissed without prejudice.

                                              Debra D. Lucas
                                              District Court Executive/Clerk of Court

November 14, 2023

                                              s/ D. Draper
                                   By   Deputy Clerk